GEORGE BURNS, *Plaintiff in Error*, v. STATE OF FLORIDA, *Defendant in Error.*

En Banc.

Decision Filed January 26, 1928.

*Price, Price, Neeley & Kehoe,* for Plaintiff in Error;

*Fred H. Davis,* Attorney General, and *H. E. Carter,* Assistant, for the State.

PER CURIAM.—The information upon which the plaintiff in error in this case was convicted, ran in the name of, and was signed, filed and sworn to by an assistant county solicitor, and the judgment of the court below must therefore be reversed upon the authority of Segars v. State, decided at the June term, 1927, and Sawyer v. State, 113 So. 736.

Reversed.

ELLIS, C. J., AND WHITFIELD AND TERRELL, J. J., concur.

BROWN, J., dissents.

STRUM, J., absent because of illness.

GEORGE BURNS, *Plaintiff in Error*, v. STATE OF FLORIDA, *Defendant in Error.*

En Banc.

Decision Filed January 26, 1928.

*Price, Price, Neeley & Kehoe,* for Plaintiff in Error;

*Fred H. Davis,* Attorney General, and *H. E. Carter,* Assistant, for the State.

PER CURIAM.—The information upon which the plaintiff in error in this case was convicted, ran in the name of, and was signed, filed and sworn to by an assistant county solicitor, and the judgment of the court below must therefore be reversed upon the authority of Segars v. State, decided at the June Term, 1927, and Sawyer v. State, 113 So. 736.

Reversed.

ELLIS, C. J., AND WHITFIELD AND TERRELL, J., concur.

BROWN, J., dissenting.

STRUM, J., absent because of illness.

V. D. S. WILKINS AND WIFE, ALLIE JEANETTE WILKINS, *Appellants,* v. BANK OF COMMERCE, A CORPORATION, *Appellee.*

Division B.

Opinion Filed January 26, 1928.

Petition for Rehearing Denied June 16, 1928.